DAYLE ELIESON
United States Attorney
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada State Bar No. 5483
501 Las Vegas Boulevard, 11th Floor
Las Vegas, Nevada 89101
(702)388-6336
dan.schiess@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**Charles Wurm,**<br><br>　　　　　　　　Defendant. | Case No. 2:16-cr-00070-GMN-VCF<br><br>**Motion to Dismiss Indictment Against Defendant** |

　　The United States moves for the Court to dismiss the Indictment against defendant Charles Wurm because defendant successfully complied with the terms a Pretrial Diversion Agreement.

　　On March 9, 2016, defendant was charged in the District of Nevada with conspiracy to commit wire fraud and wire fraud, in violation of Title 18, United States Code, Sections 1349 and 1343, respectively. ECF No. 1. On October 13, 2017, defendant entered a Pretrial Diversion Agreement with the United States

1

Attorney's Office requiring him to pay restitution and be supervised by Pretrial Services for a period of twelve months, among other terms. ECF No. 41.

Recently the Pretrial Services Office informed the United States Attorney's Office that defendant has fully complied with terms of the Pretrial Diversion Agreement, including his having paid restitution in full and his having successfully remained under Pretrial Services' supervision for twelve months. Because defendant fully complied with the terms in the Pretrial Diversion Agreement, the United States moves for the Court to dismiss the Indictment against defendant, consistent with the terms of the Agreement.

Respectfully submitted,

DAYLE ELIESON
United States Attorney

*/s/ Daniel R. Schiess*
_____
Daniel R. Schiess
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was served on counsel of record by means of the Court's electronic filing system.

          */s/ Daniel R. Schiess*
          _____
          Daniel R. Schiess
          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

**United States of America,**

        Plaintiff,

  v.

**Charles Wurm,**

        Defendant.

Case No. 2:16-cr-00070-GMN-VCF

**ORDER**

Having duly considered the United States Motion to Dismiss the Indictment, the motion is hereby GRANTED.

IT IS HEREBY ORDERED.

Dated this __10__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT