T. LOUIS PALAZZO, ESQUIRE
Nevada Bar No. 4128
PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
Tele: 702/385-3850
Fax: 702/385-3855

*Attorney for Defendant Charles Wurm*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES WURM,<br><br>Defendant. | CASE NO.: 2:16-cr-00070-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: RELEASE OF U.S. PASSPORT** |

### DEFENDANT CHARLES WURM'S MOTION FOR RETURN OF U.S. PASSPORT

IT IS HEREBY STIPULATED AND AGREED by and between T. Louis Palazzo, Esq., of Palazzo Law Firm, P.C., counsel for Defendant Charles Wurm and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, that United States Pretrial Services release Defendant Charles Wurms' U.S. Passport, which was held pending final disposition of the above-captioned case.

On December 10, 2018, the Honorable Chief Judge Gloria Navarro signed an order dismissing the Indictment against the Defendant [ECF #68] after successfully completing all the terms in the Pretrial Diversion Agreement, thereby prompting the authorization to return the Defendant's passport.

Dated this 8th day of January, 2019.

| PALAZZO LAW FIRM, P.C. | UNITED STATES OF AMERICA |
|---|---|
| /s/ Louis Palazzo[4128] | /s/ Daniel R. Schiess |
| LOUIS PALAZZO, ESQ.<br>*Attorney for Defendant*<br>*Charles Wurm* | DANIEL R. SCHIESS, AUSA<br>*Attorney for Plaintiff*<br>*United States of America* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES WURM,<br><br>　　　　　Defendant. | CASE NO.:　2:16-cr-00070-GMN-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

IT IS ORDERED United States Pretrial Services release Defendant Charles Wurm's United States Passport.

DATED this __12__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that on the 8th day of January, 2019, I served an electronic copy of the above DEFENDANT CHARLES WURM'S MOTION FOR RETURN OF U.S. PASSPORT to all parties of record, via CM/ECF.

/s/ Celina Moore
An Employee of Palazzo Law Firm, PC